1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14
15

JOELLEN LEE,

       Plaintiff,

     v.

CLARK COUNTY JUVENILE COURT,
CLARK COUNTY, and DOES 1-10, inclusive,

       Defendants.

Case No. C04-5548FDB

ORDER DENYING AGREED
MOTION TO CONTINUE CERTAIN
DEADLINES

16

    The parties jointly move to continue the deadlines for discovery, 39.1 settlement report, and

17 motions for two months.  This affects the Court's ability to address any motion timely before the

18 pretrial conference on December 16, 2005, because the motions would not become ripe until

19 December 23, 2005.  The parties give no reason for such a large adjustment to the schedule.

20 ACCORDINGLY, IT IS ORDERED: the Agreed Motion To Continue Certain Deadlines [Dkt. #

21 10] is DENIED.

22

    DATED this 28th day of September, 2005.

23
24
25

                                     
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

26 ORDER - 1